UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES FOSTER, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No.: 1:21-cv-360-JPH-TAB |
| MIDWESTERN PET FOODS, INC., an Indiana Corporation | ) ) ) ) |
| Defendant. | ) |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY BRUCE E. NEWMAN**

    Blake P. Holler and Scott S. Morrisson of the law firm Krieg DeVault LLP, pursuant to S. D. Ind. Local Rule 83-6(a), hereby move this court for an Order granting Bruce E. Newman of Brown, Paindiris & Scott, LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff, Charles Foster, individually and on behalf of others similarly situated, in the above-styled cause only. In support of this motion, the undersigned states:

    1.    The Certification of Bruce E. Newman, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

    2.    Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

    WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Bruce E. Newman leave to appear *pro hac vice* for purposes of this cause only.

        Respectfully submitted,

<u>Blake P. Holler</u>
Blake P. Holler Atty. No. 30676-84
Scott S. Morrisson, Atty. No. 11633-49
KRIEG DEVAULT LLP
12800 N. Meridian Street, Suite 300
Carmel, IN  46032
Telephone:  (317)  566-1110
Facsimile:   (317) 636-1507
bholler@kdlegal.com
smorrisson@kdlegal.com

*Attorneys for Plaintiff and the Putative Class Members*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 25, 2021, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Bruce E. Newman was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

        <u>Blake P. Holler</u>
        Blake P. Holler

KRIEG DEVAULT LLP
12800 N. Meridian Street, Suite 300
Carmel, IN  46032
Telephone:  (317)  566-1110
Facsimile:   (317) 636-1507
bholler@kdlegal.com