UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES FOSTER, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No.: 1:21-cv-360-JPH-TAB |
| MIDWESTERN PET FOODS, INC., an Indiana Corporation, | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF CONSOLIDATION MOTION

Pursuant to Local Rule 42-1 of the United States District Court for the Southern District of Indiana, Charles Foster, individually and on behalf of others similarly situated ("Plaintiff"), by counsel, hereby gives notice that a Joint Motion to Consolidate has been filed, requesting that the above-captioned case be consolidated with the action currently pending in the United States District Court, Southern District of Indiana, Indianapolis Division, under Case Number 3:21-CV-00007-RLY-MPB.  The Motion to Consolidate also seeks to join Case Number 3:21-cv-00009-RLY-MPB; Case Number 3:21-cv-00014-RLY-MPB; and Case Number 3:21-cv-00022-RLY-MPB.  A true, correct and authentic copy of the Motion to Consolidate was served upon all parties pursuant to Local Rule 42-1.

Respectfully submitted,

/s/ Blake P. Holler
Blake P. Holler Atty. No. 30676-84
Scott S. Morrisson, Atty. No. 11633-49
KRIEG DEVAULT LLP
12800 N. Meridian Street, Suite 300
Carmel, IN  46032
Telephone:  (317)  566-1110
Facsimile:   (317) 636-1507
bholler@kdlegal.com
smorrisson@kdlegal.com

Bruce E. Newman, *Pro Hac Vice Pending*
BROWN, PAINDIRIS & SCOTT, LLP
747 Stafford Avenue
Bristol, CT  06010
Phone:  (860) 583-5200
Fax:  (860) 589-5790
bnewman@bpslawyers.com

*Attorneys for Plaintiff and the Putative Class Members*

# CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

/s/ Blake P. Holler
Blake P. Holler

KRIEG DEVAULT LLP
12800 N. Meridian Street, Suite 300
Carmel, IN  46032
Telephone:  (317)  566-1110
Facsimile:   (317) 636-1507
bholler@kdlegal.com

KD_13157062v1